FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 31 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CAROLYN WIDO, Individually and as personal representative of the Estate of TISA SMITHEY, and as guardian and Next Friend of NICHOLAS TUGDAY, a Minor, and DUANE SMITHEY, as Guardian and Next Friend of KYLE SMITHEY, a Minor,

          Plaintiff,

-against-

THE ABBOTT LABORATORIES, BURROUGHS-WELLCOME & CO., INC., n/k/a Glaxo Wellcome, Inc., CARNRICK LABORATORIES, INC., DART INDUSTRIES INC., p/k/a Rexall Drug Company, Inc., ELI LILLY AND COMPANY, KREMERS-URBAN CO., n/k/a Mequon Company, LANNETT CO., INC., McNEILAB, INC. n/k/a Ortho-McNeil Pharmaceutical, MALLINCKRODT INC., S.E. MASSENGILL, n/k/a SmithKline Beecham Corp., MERCK & CO., INC., MERRELL DOW PHARMACEUTICALS, INC., PREMO PHARMACEUTICAL LABORATORIES, INC., p/k/a Lemmon Co. of N.J., Inc., RHONE-POULENC RORER PHARMACEUTICALS, INC., p/k/a William H. Rorer, Inc., ROWELL LABORATORIES, INC., n/k/a Solvay Pharmaceuticals, E.R. SQUIBB & SONS, INC., and THE UPJOHN COMPANY.

          Defendants.

---

Case Number 07 CV 3430

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PHARMACIA & UPJOHN COMPANY LLC**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff **Carolyn Wido, as Executrix of the Estate of Tisa Smithey** and Defendant **Pharmacia & Upjohn Company LLC f/k/a The Upjohn Company** in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the

subject matter of this action, the above-entitled action be, and the same hereby is, discontinued with prejudice as against **Pharmacia & Upjohn Company LLC f/k/a The Upjohn Company** and without costs to either party hereto as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated:   New York, New York
         February    , 2010

OFFICE OF SYBIL SHAINWALD, ESQ.

By: _____
Sybil Shainwald
Attorney for Plaintiff
Estate of Tisha Smithey

DRINKER BIDDLE & REATH LLP

By: _____
Heidi E. Hilgendorff
Attorneys for Defendant
Pharmacia & Upjohn Company LLC
f/k/a The Upjohn Company
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140

SO ORDERED this 23 day of
Aug , 2010

_____
Honorable Eric N. Vitaliano

FP01/ 6174083.1

- 2 -